**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6404**

_____

RUSSELL GORDON VICKERY,

             Petitioner - Appellant,

      v.

TIMOTHY M. CAIN,

             Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Donald C. Coggins, Jr., District Judge.  (1:24-cv-01165-DCC)

_____

Submitted:  November 14, 2024                          Decided:  November 18, 2024

_____

Before THACKER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Russell Gordon Vickery, Petitioner.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell Gordon Vickery appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his petition for a writ of mandamus as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).* We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order and deny as unnecessary Vickery's request for a certificate of appealability. *Vickery v. Cain*, No. 1:24-cv-01165-DCC (D.S.C. Apr. 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* The district court's order of dismissal without prejudice is a final, appealable order because the court did not grant Vickery leave to amend. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc).

2